UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | INDICTMENT  CR 11-242 RHK/JJK |
| ) | |
| Plaintiff,    ) | (21 U.S.C. § 841(a)(1)) |
| ) | (21 U.S.C. § 841(b)(1)(A)) |
| v.    ) | (21 U.S.C. § 846) |
| ) | (21 U.S.C. § 853) |
| JEFFREY SCOTT EATON,    ) | |
| ) | |
| Defendant.    ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Conspiracy to Distribute and
Possess with Intent to Distribute)

From in or about December, 2010 and continuing through in or about May, 2011, in the State and District of Minnesota, the defendant,

**JEFFREY SCOTT EATON**,

knowingly and intentionally conspired with other persons, whose names are known and unknown to the grand jury, to distribute and possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846.

### FORFEITURE ALLEGATIONS

Count 1 of this Indictment is hereby realleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853(a).



SCANNED
AUG 19 2011
U.S. DISTRICT COURT ST. PAUL



FILED AUG 02 2011
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

If convicted of Count 1 of this Indictment, the defendant shall forfeit to the United States pursuant to Title 21, United States Code, Section 853(a)(1) and (a)(2), any and all property constituting, or derived from, any proceeds the defendant obtained directly or indirectly as a result of said violation, and any and all property used, or intended to be used, in any manner or part to commit or to facilitate the commission of said violation.

If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p).

A TRUE BILL

_____    _____
UNITED STATES ATTORNEY            FOREPERSON