**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: Jeanne J. Graham, 3B |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No:           CR 11-242 RHK/JJK |
| | ) | Date:                August 18, 2011 |
| Jeffrey Scott Eaton, | ) | Time Commenced:  2:31 p.m. |
| | ) | Time Concluded:   2:35 p.m. |
| Defendant. | ) | Time in Court:       4 Minutes |

APPEARANCES:

Plaintiff:     Steve Schleicher, Assistant U.S. Attorney
Defendant:  Doug Olson,  ☒ FPD          ☒ To be appointed

Date Charges Filed:     August 2, 2011                Offense: Conspiracy to Distribute Methamphetamine

☒ Waived Reading of Charges          ☒ Advised of Rights

on     ☒ Indictment

☒ Government moves for detention.
Motion is ☒ granted, temporary detention ordered

Next appearance date is August 19, 2011 at 3:30 p.m.  before U.S. Magistrate Judge Jeanne J. Graham, 3B for:
   ☒ detention hrg          ☒ arraignment

Additional Information:
The Government moved to unseal the indictment.  Motion is GRANTED.

_s/T Anderson_
Criminal Duty Clerk