# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# ARRAIGNMENT MINUTES

UNITED STATES OF AMERICA,

                Plaintiff,

v.

Jeffrey Scott Eaton,


                Defendants.

## COURT MINUTES - CRIMINAL
BEFORE: Jeanne J. Graham, 3B
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | CR 11-242 RHK/JJK |
| Date: | August 19, 2011 |
| Time Commenced: | 4:57 p.m. |
| Time Concluded: | 4:59 p.m. |
| Time in Court: | 2 Minutes |

## APPEARANCES:

Plaintiff:    Steve Schleicher, Assistant U.S. Attorney

Defendant(s): Caroline Durham, ☒ FPD  ☒ Appointed


☒ Reading of Indictment Waived   ☒ Not Guilty Plea Entered

Disclosure Due Date:   August 26, 2011

Motion Filing Date:    September 2, 2011       Response Date:    September 9, 2011

Motion Hearing Date:   September 19, 2011 at 4:00 p.m., 6A   Before: U.S. Magistrate Judge Jeffrey J. Keyes

Voir Dire/Jury Instruction Due Date:   October 24, 2011

Status Conference Date:    November 4, 2011 at 8:30 a.m., 7A   Before:   U.S. Judge Richard H. Kyle

Trial Date:   November 7, 2011 at 9:00 a.m., 7A      Before:   U.S. Judge Richard H. Kyle.


Other Remarks:

☒ Counsel to be notified of additional dates by separate Order to be issued.


*s/ T Anderson*
Criminal Duty Clerk