# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,                    **NOTICE OF APPEARANCE**

                Plaintiff,

v.

JEFFREY SCOTT EATON,                         Case No:  CR 11-242 (RHK/JJK)

                Defendant.

Pursuant to the Court's order appointing counsel, the undersigned attorney hereby notifies

the Court and counsel that Manny K. Atwal shall appear as appointed counsel of record

for the above named defendant in this case.

Dated:   August 24, 2011                     *s/Manny K. Atwal*
                                             Manny K. Atwal
                                             Attorney ID No. 282029
                                             Attorney for Defendant
                                             Office of the Federal Defender
                                             107 U.S. Courthouse
                                             300 South Fourth Street
                                             Minneapolis, MN 55415